UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| HOMER ANTHONY PETTY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:12-cv-324 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant*. ) | |

# **ORDER**

On October 8, 2013, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that Plaintiff's Motion for EAJA attorney's fees under the Equal Access to Justice Act be granted, and that Plaintiff be awarded attorney's fees in the amount of $6,959.40. (*Id.* at 5).

Defendant has filed no objections to the Magistrate Judge's Report and Recommendation. The Court has reviewed the Report and Recommendation, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Attorney Fees (Doc. 23) is **GRANTED**;

- Plaintiff is hereby awarded attorney's fees in the amount of **$6,959.40.**.

**SO ORDERED** this 17th day of January, 2014.

                                                 */s/ Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE